Entered via BlueTeam by: Police Lieutenant EID Joel S Fried [G849]
on May 21, 2012 at 16:28

**Ethics**   **PIB Number: 2012-0382**   **Received: May 20, 2012**

Flagged incident: Amber

Cc # E.G. 9181100001: 127E09422

**Classification/Sub-classification: Civilian Review Board / Excessive Force**

**Involved citizen:**

██████████

Role: Complainant

Correspondence:

Nov 18, 2014 - Sustained Crb Letter

Linked address(es):
Home Address: ████████████████

**Officers involved:**

**Police Officer Robert W Mitchell [H133]**

Officer current info:

Bureau:
Division:
Command / Section:   Western District

Snapshot - Officer information at time of incident:

Sequence: H133
Bureau:   Operational
Division:   Patrol
Command / Section:   Western District
Not Utilized:   O194
Rank/title: Police Officer
Age: 43   Years of employment: 11   Years with unit:
Off duty: No   Off duty employed: No

Policy outcome:   Not Yet Entered

Allegations:

Zexcessive Force - G.O. C2 Rules & Regulations
       Dec 04, 2014 Unfounded

Correspondence:

Feb 20, 2014 - Notification of Investigation



EXHIBIT 10

Nov 18, 2014 - Accused Letter Not Sustained

**Police Officer Maurice K Ward Jr [H456]**

**Officer current info:**

Bureau:
Division:
Command / Section:   Vice/Uc/Hsi

**Snapshot - Officer information at time of incident:**

Sequence: H456
Bureau:   Operational
Division:   Patrol
Command / Section:   SES - Vice/Uc Squads
Not Utilized:   O200
Rank/title: Police Officer
Age: 34    Years of employment: 10    Years with unit:
Off duty: UNK    Off duty employed: UNK

Policy outcome:   Not Yet Entered

Allegations:

Zexcessive Force - G.O. C2 Rules & Regulations
    Dec 11, 2014 Not Sustained

Correspondence:

Mar 21, 2014 - Notification of Investigation
Nov 18, 2014 - Accused Letter Sustained

**Officer witnesses:**

**Police Agent** [redacted]

**Officer current info:**

Bureau:
Division:
Command / Section:   Recruitment

**Police Officer** [redacted]

**Officer current info:**

Bureau:
Division:
Command / Section:   Western District

**Police Sergeant** [redacted]

**Officer current info:**

Bureau:   Operational
Division:   Patrol
Command / Section:   Building Securit

**Police Sergeant** [redacted]

**Officer current info:**

Bureau:
Division:
Command / Section:  Ecu

**Police Officer**

**Officer current info:**

Bureau:  Operational
Division:  Patrol
Command / Section:  Ecu

**Police Officer**

**Officer current info:**

Bureau:  Operational
Division:  Patrol
Command / Section:  Southeast Distri

**Police Officer**

**Officer current info:**

Bureau:
Division:
Command / Section:  Western District

**Police Officer**

**Officer current info:**

Bureau:
Division:
Command / Section:  Western District

**Witnesses:**



**Summary:**

On 20 May 2012 at Approximately 1730                                  Came to the Station to Make a Complaint.  He Was Asked to Supply a Written Statement Because He Was Very Difficult to Understand:  "I Was Walking Towards Fulton to Get My Car with Friend          We Saw I Few Friends So We Stop to Say Wassup the Police Was Coming Up Mosher and the Cut US Off Where We Was at and Say in Bout to Lock Yall Up One COP Body Slam Jada So I Didn'T Want to Get Slam So I Ran Down the Street Near Mount Then. I Stop and Went to the Store.  Then I Walk Across the Street to Sit on a Homeboy Step the Police Said Stop Put My Hands Up Next Thing You Know I Got Hit in the Neck and Got Knocked Out Into a Step Then Drag Down Them and Kicked in My Lower Back Then They Locked Me Up."   He Then Signed the Statement and Both Sgt. Bell and I Signed It.
    when This Event Occurred a Day Earlier       Was Brought to the Station on Foot.  a Medic Was Immediately Called.   He Was Transported to Bon Secours Hospital Where He

Received Several Stitches to a Laceration to His Forehead, Just Between His Eyebrows and Some Stitches to the Left Side of His Lip. Once It Was Determined That ▆▆▆ Was Not Wanted and No Probable Cause Existed to Charge Him with Any Crime a Decision Was Made to Release Him By Me. an Injured Person and an Involuntary Detention Report Was Written. a Crime Lab Had Been Requested to Respond to Bon Secours and Did Not Respond Until After ▆▆▆' Release on 20 May. Crime Lab Was Instructed to Respond to 1141 N. Mount St and Did So But No Answer Was Ever Received at the Location. a Follow Up Was Written Reflecting Same. Sgt. Bell Did Take Two (2) Photographs of ▆▆▆ While at the Station on 20 May 2012 and Sent Them to My Departmental Email Via Her Pocketcop. ▆▆▆ Stated He Has Photos as Well But I Did Not View Them.

My Investigation Revealed That Several Patrol Officers Were Chasing ▆▆▆ After He Fled. the Officers Lost Sight of Him But Uniformed VCIS Detectives Located Him and Observed Him Run Into and Out of a Liquor Store Where They Gave Chase and Tackled Him Causing His Injuries. ▆▆▆ Makes the Allegation That the Officers Told Him to Stop and He Complied and Then He Was Struck Causing Him to Fall Into a SET of Steps. All Reporting will Be Attached By Sgt Fried as He Is in Receipt of All Paperwork.

**Investigative tasks:**

| Due dt | Done dt | Type |
|---|---|---|
| < N/A > | May 21, 2012 | Medical Records |

Assigned To: Detective Kathy Kline

Medical Records:

on May 21, 2012, ▆▆▆ Signed a Authorization for Release of Protected Health Information Form Allowing Bon Secours Baltimore Health System to Release His Medical Records to the Baltimore Police Department-Internal Investigation Division. the Request Form Was Placed in the Out Going Mail Bin for Delivery Via Certified Mail. a Copy of the Request Form Was Retained in the Case Folder. (Klk)

| < N/A > | May 21, 2012 | Photographs Taken By ▆▆▆ |
|---|---|---|

Assigned To: Detective Kathy Kline

Photographs Taken By ▆▆▆

on May 19, 2012, ▆▆▆ Reported He Was Taken to Bon Secours Hospital for Medical Treatment. While in the Er Emergency Room, Tiyon Williams Reported He Took (10) Ten Photographs Using His Apple Cell Phone to Document His Injuries. ▆▆▆ Described the Accused Officer as Follows: Black, Male, 30's, 5'09", Stocky Build, Short Curly/Braided Hair, Brown Complexion, Uniform, Nfd. (Klk)

| < N/A > | May 21, 2012 | IID Photographs |
|---|---|---|

Assigned To: Detective Kathy Kline

Photographs Taken By Iid

on May 21, 2012, Detective Kathy Kline Took (7) Seven Color Photographs Depicting ▮▮▮▮▮ ' Injuries. Detective Kline Observed the Following Visible Injuries: Stiches/Sutures Swelling and Bruising to the Bridge of the Nose, Stiches/Sutures Swelling and Bruising to the Upper Left Side of the Lip, Left Jaw Swollen and Bruised, Scabbing and Bruising to Left Elbow. No Visible Injury to the Back of the Neck or to the Right Side of the Back. (Klk)

< N/A > Dec 10, 2014

Assigned To: Detective Kathy Kline

< N/A > May 22, 2012    Kga Request

Assigned To: Detective Kathy Kline

Vernon,

Can I Please Get the Following Kga Recordings Asap.

central Complaint Number: 12-7E09422 Cad # 3123
date & Time of Incident: May 19, 2012 @ 2038 Hours
location of Incident: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21217

central Complaint Number: 12-7E09422 Cad # 3128
date & Time of Incident: May 19, 2012 @ 2040 Hours
location of Incident: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thanks,

Detective
Kathy Kline
Internal
Investigation Division

< N/A > May 22, 2012    Medic Inquiry

Assigned To: Detective Kathy Kline

Mr. Brewer,

Is There Any Paperwork You Can Fax to Me Showing the Police Cancelled the Medic Request?

central Complaint Number: 12-7E09422 Cad # 3123
date & Time of Incident: May 19, 2012 @ 2038 Hours
location of Incident: 900 Block N. Mount Street Baltimore, Maryland 21217

Respectfully,

Detective
Kathy Kline
Internal
Investigation Division

< N/A > May 24, 2012 Fox 45 News Video

Assigned To: Detective Kathy Kline

Fox 45 News Video

wbff Fox45 - Top Stories - West Baltimore Man Beaten By Police Then Dropped Off at Hospital
to the Ground He Became Scared and Ran.  Who Was Just Exiting a Neighborhood Store... Him to the Ground and Began to Beat Him. Who Has No Criminal Record Was Taking to...
video Story > Wbff_Vid_13551.Shtml - Mon, 05/21/2012 - Similar

< N/A > May 24, 2012 Interview Complaintant

Assigned To: Detective Kathy Kline

on May 24, 2012, This Detective Spoke to Mr. to Schedule His Interview. Mr. Is Still Experiencing Pain and Having Difficulty Talking Due to His Injuries. Mr. Is Scheduled to Appear at IID on Wednesday, 30 May 2012 at 1000 Hours to Formalize His Complaint, View Photographic Arrays and Complete a Crb. (Klk)

< N/A > Jun 1, 2012 Note to File

Assigned To: Detective Kathy Kline

On June 1, 2012, Detective U.N. Jones Assisted in an Interview with Det Kline for the Complainant. the Complainants Attorney, Ivan Bates, Was Also Present During the Interview.

45 minutes  2 hours.  By: Sergeant Urica Jones

< N/A > Jun 5, 2012 Interview Complaintant

Assigned To: Detective Kathy Kline



on June 1, 2012, Responded to IID Along with His Attorney Ivan Bates to Formalize His Complaint.
Viewed Numerous Photographic Arrays, Completed a Crb and Provided a Recorded Statement. the Crb Could Not Be Notarized on June 1, 2012, Because Did Not Have His Maryland Driver's License. on June 5, 2012, Returned to IID with His Maryland Driver's License and His Crb Was Notarized By Detective Lisa

Cornish.

< N/A >   Jun 5, 2012   Accused Officers Tag #

Assigned To: Detective Kathy Kline

Accused Officers Tag #

on June 5, 2012, ▮▮▮▮▮ Provided This Detective with the Accused Officers Tag # ▮▮▮ Which He Wrote Down on a Yellow Contact Card. During an Earlier Interview, ▮▮▮▮▮ Reported the Accused Officer Drove a Newer Model 4 Door Honda Accord Burgundy in Color. ▮▮▮▮▮ Advised He Was Able to Get the Tag # Because the Officers Vehicle Was Parked on N. Mount Street in Front of the Western District.

Tag # ▮▮▮ Comes Back Listed to a 2009 Honda 4 Door Registered to ▮▮▮▮▮▮▮▮▮▮ Assigned to the Western District.  (Klk)


< N/A >   Jun 5, 2012   Interview Identified Witnesses

Assigned To: Detective Kathy Kline

Interview Witnesses

▮▮▮▮▮▮▮▮▮▮
june 4, 2012 @ 1034 Hours - Recorded Line 2300
interview Scheduled for June 5, 2012 @ 1530 Hours

▮▮▮▮▮▮▮▮▮▮
6/4/12 @ 1523 Hours - Recorded Line 8638
interview Scheduled for June 5, 2012 @ 1700 Hours


< N/A >   Jun 5, 2012   Bfd Medic Runsheet Request

Assigned To: Detective Kathy Kline

Mr. Brewer,

Can You Please Furnish Me with Medic 12's Runsheet for May 19, 2012, Wherein They Were Dispatched to the Western District 1034 N. Mount Street Relative to an Injured Person.


Respectfully,

Kathy Kline

Investigation Division

Detective

Internal

&lt;   N/A   &gt;   Jun 5, 2012   Witnessed Did Not Respond to Intervi

Assigned To: Detective Kathy Kline

On June 5, 2012, Detective U.N. Jones Attempted to Contact Witness, ▮ Via Phone. ▮ Was Scheduled for an Interview on Today's Date at 1530 Hours. Det Jones Left a Voice Message on the Answering MacHine.

&lt;   N/A   &gt;   Jun 5, 2012   Witness Failed to Respond to Intervi

Assigned To: Detective Kathy Kline

On June 5, 2012, Detective U.N. Jones Contacted ▮ Via Phone. ▮ Failed to Respond to the Interview That Was Scheduled for Todaly at 1700 Hours. ▮ Stated He Was at Work and Did Not Know What Time He Would Be Getting Off of Work. detective Jones Rescheduled the Interview with ▮ for Wednesday, June 6, 2012 at 10:00Am.

&lt;   N/A   &gt;   Jun 5, 2012   Note to File

Assigned To: Detective Kathy Kline

On June 5, 2012, Detective U.N. Jones Spoke to the Complainant, Mr ▮, Who Informed He Would Be Responding to the Internal Investigation Division on Thursday, June 7, 2012 at 1600 Hours Along with Two Witnesses, Mr ▮ and Mr ▮.

&lt;   N/A   &gt;   Jun 6, 2012   Scheduled Interview

Assigned To: Detective Kathy Kline

On June 6, 2012, Detective Jones Contacted Mr ▮ to Schedule an Interview. Mr ▮ Stated He Would Be Able to Respond to the Internal Investigation Division on Today at 1700 Hours. Det Kline Was Informed of the Interview That Was Scheduled.

&lt;   N/A   &gt;   Jun 6, 2012   Witness Did Not Respond to Intervie

Assigned To: Detective Kathy Kline

On June 6, 2012, the Witness, Mr ▮ Did Not Respond to the Scheduled Interview. Det Jones Contacted Mr ▮ Again Who Stated He Was Not Able to Respond to the Scheduled Interview and That He Would Respond to the Internal Investigation Division on June 7, 2012, But Does Not Know What Time He Would Be Able to Respond. Det Jones Advised Mr ▮ to Contact This Det with an Available Time He Would Be Available.
det Kline Was Informed

&lt;   N/A   &gt;   Jun 6, 2012   Conducted Interview

Assigned To: Detective Kathy Kline

On June 6, 2012, Detective Kline Conducted a Taped Interview with ▮▮▮▮. the Interview Was Conducted in the Presence of Det U.N. Jones.

< N/A > Jun 20, 2012 Wbff Fox 45 News Video

Assigned To: Detective Kathy Kline

Wbff Fox 45 News Video

on June 20, 2012, This Detective Received a Video Copy of a Wbff Fox 45 News Video Clip That Was Obtained By Michael Townsend By Way of a Subpoena. in Addition, This Detective Received a Xerox Copy of the Subpoena. the Video and Subpoena will Be Made a Part of the Case File. (Klk)

< N/A > Jun 21, 2012 Interview Identified Witnesses

Assigned To: Detective Kathy Kline

on June 21, 2012, ▮▮▮▮ and ▮▮▮▮ Responed to IID and Provided Witness Statements. This Detective Submitted Requests to Have Their Statements Transcribed.

on June 21, 2012, ▮▮▮▮ Showed Me a Short Video Clip He Took Using His Apple I Phone of the Accused Officer Driving His Departmental Vehicle Bearing Maryland Tag # Bc2302. That Tag # Belongs to a Departmental Vehicle Assigned to the Western District 724 Post. Ciu Sergeant Advised This Detective That Officer Robert Mitchell Is Assigned to 724 Post.

< N/A > Jul 11, 2012 Review/Sign Statement Mrs. Santos

Assigned To: Detective Kathy Kline

Review Ans Sign Transcribed Statement

on July 11, 2012, Detectives Kathy Kline and Kirsten Rogers Met Mrs. ▮▮▮▮ at 601 Maiden Choice Lane (Little Sisters of the Poor) Where Mrs. ▮▮▮▮ Was Asked to Review and Sign Her Transcribed Statement. (Klk)

< N/A > Jul 11, 2012 Conduct Photo Array

Assigned To: Detective Kathy Kline

Conduct Photo Arrays

on July 11, 2012, Mrs. ▮▮▮▮ Was Asked to View (3) Seperate Photographic Line Ups for Identification Purposes.  Mrs. ▮▮▮▮ Identified Officer Robert Mitchell as the Officer She Observed Kick and Drag the "Young Man" Down the Steps.  Officer Robert Mitchell Is Assigned to the Western District Sector 2 Patrol.  Mrs. Santos Was Unable to Make Any Other Identifications.   (Klk)

<   N/A   >   Mar 19, 2013 Iastat

Assigned To: Detective Kathy Kline

This Case will Be Assigned to Det. Courtney Flynn. Det. Kline will Work with Pride  Until Kline Retires in May 2013.

<   N/A   >   Dec 10, 2014 Iastat

Assigned To: Detective Kathy Kline

On March 19, 2013, Sergeant Sturm, Lieutenant Long, Detective Kline and Detective Pride Met and Discussed the Case.  the Case Was Reassigned to Detective Pride from Detective Kline Because of Her Retirement.   Kline Advised the Following: That a Crb Was Completed Regarding an Allegation of Discourtesy, However Thus Far She Was Unable to Identify the Accused.   It Was Decided to Keep the Discourtesy Issue with the Criminal Allegations in the Case.   Kathy Stated That a Declination Has Not Been Issued Yet and That the Asa Review Is Regarding the Assault Allegation on the Wd Officer and the False Reporting for the (VCID) SES Sergeant.   Kline Stated That the Civilian Witnesses Have Been Interviewed, the Statements Transcribed and That She Has a Summary Started, Which Has the Sections Completed for the Interviews Completed.   Kine Stated There Was No Video Located of the Incident.   Kathy Explained That the Complainant Was Handcuffed, Taken to Bon Secure Hospital, Released from There and Crime Lab Was Requested to Respond to the Complainant's Residence to Photograph His Injuries, However He Was Sleeping and the Photographs Were Not Taken By Crime Lab.   Kline and Pride will Work Together on the Case Until Kline Retires.   Kline Was Instructed to Add Task to the Database Regarding the Times That She Spoke with the Asa Office Regarding This Case and to Contact Asa Shelly Glenn and Advise Her That Pride will Have Case.   Photo Arrays Need to Be Conducted in Attempts to Identify the Unknown Officer Who Allegedly Used Profanity.   the Kga Also Needs to Be Submitted for Transcription.  the Accused and Their Allegations Need to Be Added to the Database.

<   N/A   >   Apr 4, 2013   Progress Notes

Assigned To: Police Sergeant Courtney Pride

-on 4/4/13, at Approx. 1402 Hours, Det Pride Called the States Attorney's Office at ▮▮▮▮ Advising Her That I (Det. Pride) Was Reassigned Case Number 2012-0382.  Det. Pride Did Not Speak Directly to Asa Glen, a Message Was Left.

-on 4/4/13, Asa Jennifer Layman Returned Det. Pride's Phone Call and Advised That She Is Assigned the Case.  Asa Layman Is Scheduled to Respon to the IAD to Review the Case with Det. Pride.  Csp

<   N/A   >   Apr 17, 2013 Note to File

Assigned To: Police Sergeant Courtney Pride

On 4/17/13, at Approximately 1220 Hours, Asa Jennifer Layman Contacted the IAD and Advised Det. Pride to Make Attempts to Get in Contact with ▇▇▇ and ▇▇▇ (Witnesses) in the Case to See If They Are Still Interested in Cooperating with This Investigation. (Csp)

< N/A > Apr 24, 2013 Progress Notes

Assigned To: Police Sergeant Courtney Pride

-on 4/24/13, at Approximately 1530 Hours, Det. Pride Returned Ms. ▇▇▇ Phone Call. She Advised Det. Pride That She's Finishing the Charging Documents and the Decisions Should Be Made Soon. She Advised That She Would Keep Det. Pride Updated. (Csp)

< N/A > Apr 24, 2013 Progress Notes

Assigned To: Police Sergeant Courtney Pride

-on 4/18/13, Det. Pride and Det. Kline (Retired) Responded to Evidence Control Unit and Submitted the Origional Photgraphic Arrays for the Case. (Csp)

-on 4/24/13, Det. Pride Responded to ▇▇▇ to Get ▇▇▇' Signature for His Statement That He Provided to the IAD. (Csp)

< N/A > Apr 30, 2013 Note to File

Assigned To: Police Sergeant Courtney Pride

On 4/30/13, Ia Stat Was Held in the Presence of Asa Shelly Glenn and Deputy Commissioner Rodriguez. Sgt. Sturm and Lt. Long Was Also Present. Det. Pride Presented a Recap of the Case That Det. Kline (Retired) Presented Several Weeks Before. (Csp)

< N/A > May 3, 2013 Progress Notes

Assigned To: Police Sergeant Courtney Pride

-on 5/3/13, Det. Pride Contacted Asa Layman and Touched Basis Regarding the Case. Asa Layman Advised That Sgt. ▇▇▇, P/O ▇▇▇, and P/O ▇▇▇ Can All Be Changed from Accused to Witnesses. She Also Stated That She Is Going to Issue the Declination Letters for Them and Have Them Presented in Front of the Grand Jury. Det. Pride Advised Asa Layman Tht on May 8, 2013, I will Respond to Mr. ▇▇▇' Job and the ▇▇▇' Job to Have Them Review and Sign Their Statement. (Csp)

-on 5/3/13, at Approximately 0829 Hours, Det. Pride Called the Number Provided By ▇▇▇. Det. Pride Left a Message for Mr. ▇▇▇ to Contact the Internal Affairs Division. Det. Pride Also Contacted the Work Number Provided By Mr. ▇▇▇. Det. Pride Was Advised By an Employee That Mr. ▇▇▇ Is Employed at the Rite Aid Warehouse, However I Never Had the Opportunity to Speak with Him. (Csp)

< N/A > May 8, 2013 Progress Notes

Assigned To: Police Sergeant Courtney Pride

-on 5/8/13, Det. Pride Responded to 120 E. Baltimore Street (Asa Jenifer Layman's Office) and Received Teo Subpoenas for Officer ▇▇▇ and Officer ▇▇▇. on 5/7/13, Det. Pride Called Officer ▇▇▇ and ▇▇▇ and Advised Them That They Needed to Respond to the IAD on 5/8/13, to Receive the Subpoena's for the Gand Jury on Friday May 10, 2013. Det. Pride Spoke to Sgt. Santucci to Advise Him of the Subpoena, He Advised That He Is Leaving for a Cruise on 5/10/13. Det. Prie Relayed That Information to Asa Layman. (Csp)

-on 5/8/13, Officer ▇▇▇ and ▇▇▇ Responded to the IAD Received Their Subpoena's. (Csp)

< N/A > May 10, 2013 Progress Notes

Assigned To: Police Sergeant Courtney Pride

-on 5/10/13, Detective Pride Called Ms. ▇▇▇ ' Work Place and Was Advised That She Was Nt in for the Day. (Csp)
-on 5/10/13, Detectives Pride and Alvin Barnes Responded to ▇▇▇ to Get Statements Signed from Ms. ▇▇▇ and Mr. ▇▇▇. Detective Pride Was Notified By a Black Male Later Identified as ▇▇▇ That the ▇▇▇ ' No Longer Lived at the Location. (Csp)

< N/A > May 16, 2013 Note to File

Assigned To: Police Sergeant Courtney Pride

-on 5/16/13, Det. Pride Attempted to Contact ▇▇▇ to Give Her an Update on the Case, However Her Voice Mailbox Was Not SET Up. Det. Pride will Attempt to Call Her Back at a Later Date. (Csp)

< N/A > May 22, 2013 Progress Notes

Assigned To: Police Sergeant Courtney Pride

On 5/22/13, Det. Pride Responded to ▇▇▇ and Met with ▇▇▇. He Reviewed and Signed His Statement. Det. Pride Also Responded to the Address Provided By ▇▇▇ and ▇▇▇ to Sign Statements. Det. Pride Learned That ▇▇▇ Is Incarcerated. There Was No Response at ▇▇▇ Address. a Contact Card Was Left. (Csp)

< N/A > May 24, 2013 Progress Notes

Assigned To: Police Sergeant Courtney Pride

-on 5/24/13, at Approximately 0955 Hours, Detectives Pride and Rogers Responded to ▇▇▇ Met with ▇▇▇. ▇▇▇ Reviewed and Signed His Statement. (Csp)

< N/A > Jun 4, 2013 Progress Notes

Assigned To: Police Sergeant Courtney Pride

-Omn 5/28/13, Det. Pride Met with Asa Jenifer Layman and Asa Shelly Glenn and Reviewed the Case.   Det. Pride Was Notified That the Arraignment Is Scheduled for 6/13/13.   Det. Pride Provided Additional Copies of the Case Folder to Asa Layman and Glenn.   Det. Pride will Be in Contact with Asa Layman for Any Additional Updates on the Case.   (Csp)

< N/A >    Jun 10, 2013 Suspension Hearing

Assigned To: Police Sergeant Courtney Pride

On June 5, 2013, Detective Courtney Pride Responded to the Headquarters Building for the Suspension Hearing of Officer Robert Mitchell.   the Hearing Was Held in the Chief of Patrol's Board Room.   Colonel Garnell Green Read Into the Record That Officer Mitchell will Remain Suspended with Pay.   the Following Were in Attendance:

colonel Garnell Green
major Robert Smith
captain Erik Pecha
sergeant James Lloyd
detective Courtney S. Pride
officer Robert Mitchell
attorney Matthew Fraling
office Assistant III Terry Wilson-Hamilton

< N/A >    Jun 20, 2013 Progress Notes

Assigned To: Police Sergeant Courtney Pride

On 6/20/13, Det. Pride Had a Meeting with Asa Shelly Glenn in Reference to the Case.   Det. Pride Was Advised That the Trial Is Scheduled for August 29, 2013.   Also Asa Glenn Wants Det. Pride to Contact [redacted] and [redacted] and See If They Are Able to Respond to the IAD for a Meeting Between 7/1-7/3 Regarding the Information That Was Provided to Det. Kline During Their Interviews.   Asa Glenn will Contact Lt. Joel Fried to Possibly Schedule an Interview.   She will Get Back with Det. Pride with the Results.   (Csp)

< N/A >    Jul 13, 2013  Update Task Information

Assigned To: Police Sergeant Courtney Pride

On 6/13/13, Det. Pride Received an Email from Asa Shelly Glenn in Reference to Scheduling a Meeting to Discuss the Case on 7/16/13 @ 0930 Hours.   (Csp)

< N/A >    Jul 17, 2013  Progress Notes

Assigned To: Police Sergeant Courtney Pride

-on 7/16/13, at Approx. 0930 Hours, Det Pride Had a Meeting Scheduled with Chief Hill and Asa Shelly Glenn.

< N/A > Aug 8, 2013 Progress Notes

Assigned To: Police Sergeant Courtney Pride

-on 8/8/13, Det. Pride Had a Meeting Via Departmental Recorded Line with Asa Glenn and She Advised That Maurice Ward Is Doing a Proffer with Asa Sean Mitchell. (Csp)

< N/A > Aug 17, 2013 Progress Notes

Assigned To: Police Sergeant Courtney Pride

Summary Continued. (Csp)

< N/A > Aug 27, 2013 Progress Notes

Assigned To: Police Sergeant Courtney Pride

-on 8/27/13, This Case Was Reviewed in Iastat. Asa Was Present and Advised That on the Scheduled Date for the Trial (8/29/13), Same Is Supposed to Be Postponed. (Csp)

< N/A > Oct 14, 2013 Progress Notes

Assigned To: Police Sergeant Courtney Pride

On 10/14/13, Det. Pride Sent an Email to Asa Layman in Reference to Interviewing the Sworn Witnesses in This Case. (Csp)

< N/A > Oct 23, 2013 Progress Notes

Assigned To: Police Sergeant Courtney Pride

-on 10/23/13, at Approximately 1000 Hours, Det. Pride Along with Asa Shelly Glenn and Asa Jenifer Layman Conducted a Non Recorded Interview with Police Officer ▓▓▓▓▓ in Refernce to the Alleged Incident Involving Officer Robert Mitchell. (Csp)

< N/A > Oct 24, 2013 Progress Notes

Assigned To: Police Sergeant Courtney Pride

On 10/24/13, Det. Pride Received an Email from Asa Layman Requesting to Provide Copies of All the Tasks Associated with This Case. Det. Pride Then Scaned and Email All Associated Tasks Associated with This Case to Asa Layman. (Csp)

< N/A > Dec 16, 2013 Court Trial Date

Assigned To: Police Sergeant Courtney Pride

-on 12/16/13, Detective Pride Called the Police Integrity Unit and Spoke with ▓▓▓▓▓ (Assistant to Asa Jenifer Layman) Who Advised That the Case for Police Officer Robert Mitchell Has Been Dismissed and Is No Longer on the Docket. the Court Hearing Was to Be Hodl on 12/16/13, in the Circuit Court for Baltimore City. (Csp)

< N/A > Dec 17, 2013 Progress Notes

Assigned To: Police Sergeant Courtney Pride

-on 12/16/13, Det. Pride Spoke with Sgt. Sturm in Reference to Serving Officer Ward His Accused Notification. Det. Pride Was Advised By Sgt. Sturm Not to Serve Anyone Until Notified. (Csp)

< N/A > Jan 22, 2014 Progress Notes

Assigned To: Police Sergeant Courtney Pride

-on 1/21/14, Det. Pride Sent Shelly Glenn a Departmental Email in Reference to Moving Forward with the Case. (Csp)

< N/A > Jan 22, 2014 Progress Notes

Assigned To: Police Sergeant Courtney Pride

On 1/22/14, Det. Pride Spoke to Asa Shelly Glenn Via Departmental Line. Glenn Advised That She will Send an Email in Reference to Officer Mitchell. (Csp)

< N/A > Feb 20, 2014 Serve Notification to Accused

Assigned To: Police Sergeant Courtney Pride

-on 2/20/14, at Approximately 0920 Hours, Det. Pride Called and Left a Message on Officer Robert Mitchell's Voicemail Advising Him to Contact the Internal Affiars Division. (Csp)

-on 2/20/14, at Approximately 0935 Hours, Officer Mitchell Returned the Call and Advised That He will Respond to the IAD on 2/21/14 to Receive His Notificaion to Accused of Complaint. (Csp)

< N/A > Mar 14, 2014 Progress Notes

Assigned To: Police Sergeant Courtney Pride

-on 3/13/14, at Approximately 1530 Hours, Det. Pride Called the Office of the Assistant State's Attorney and Left a Message with Jenifer Layman in Reference to Obtaining Any and All Notes/Information from Sworn Witnesses Involved in the Case. While Waiting for Asa Layman, Det. Pride will Schedule Interviews with the Sworn Witnesses. (Csp)

-on 3/14/14, Det/ Pride Called P/O Ward on Extension 8638 and Left a Messge in Refernce to Him Providing an Interview with the Internal Affairs Division.

-on 3/14/14, Det. Pride Spoke to Sgt. ▓▓▓▓▓▓ and She Advised That She Is on Maternity Leave Until June 2014. Det. Prie will Contact Sgt. Bell in June for Her to Provide a Statement. (Csp)

< N/A > Mar 14, 2014 Progress Notes

Assigned To: Police Sergeant Courtney Pride

    On 3/14/14, Det. Ward Called the IAD and Advised That He will Resopond to the Division on 3/18/14 to Provide a Statement. (Csp)

&lt; N/A &gt;    Mar 18, 2014 Progress Notes

Assigned To: Police Sergeant Courtney Pride

    -on 3/18/14, Det. Pride Called P/O ▮▮▮ and Advised Him to Repond to the Internal Affairs Division on 3/21/14 at 1530 Hours to Conduct an Interview. (Csp)

    -on 3/18/14, Det. Ward Failed to Respond to the IAD. Det. Pride Called and Left a Message in Reference to Det. Ward Failing to Appear. (Csp)

&lt; N/A &gt;    Mar 24, 2014 Progress Notes

Assigned To: Police Sergeant Courtney Pride

    -on 3/21/14, at Approximately 1530 Hours, Officer ▮▮▮ Was Scheduled to Repsond to the Division to Provide a Statement. However, Officer ▮▮▮ Called the Division and Advised That He Would Not Be Able to Respond Because He Was the Only Car in Service. He Further Advised That He will Be on Miltary Leave Between 3/24-4/15/14. Det. Pride Advised That She Would Contact Him Once He Returns to Schedule the Interview. (Csp)

    -on 3/21/14, Det. Maurice Ward Was Served His Notification to Accused/Leobr. (Csp)

&lt; N/A &gt;    Dec 10, 2014 Spoke with Det. About the Case

Assigned To: Police Sergeant Courtney Pride

    On March 26, 2014, the Case Was Discussed in a Supervisor's Meeting. Chief Advised That If the Case will Be Not-Sustained We Can Utilize the Information Obtained By the Asa's Office from the Sworn Witnesses That Were Not Recorded.

    on March 27, 2014, While Discussing the Case with Detective Pride, She Was Advised What Was Discussed About the Case. Pride Stated That She Has Made Many Several Attempts to Contact Asa Shelly Glen Regarding the Notes and Investigative Information Glen Has Pertaining to This Case. Pride Stated That Retired Detective/Contractual Worker Kathy Kline Had Previously Conducted Recorded Interviews of the Civilian Witnesses when She Had the Case. Pride Also Advised That the Declination Was Only for Police Officer ▮▮▮▮▮▮. Pride Stated That Spoke with P/O Maurice Ward at IAD During a Preliminary Interview and Ward Told Her That He Had Tackled ▮▮▮▮, Therefore Pride Did Not Allow Him to Proceed Any Further Regarding His Involvement and Served Him a Notification of Investigation and Provided Him with His L.E.O.B.R.

&lt; N/A &gt;    Apr 2, 2014  Progress Notes

Assigned To: Police Sergeant Courtney Pride

> On 4/2/14, Det. Pride Spoke with Asa Layman Who Advised That She Would Not Be Able to Share Any Memos with This Office in Reference to the Interviews That Were Conducted with Sworn Witnesses. Det. Pride Called P/O ▉ and Left a Message on His Voicemail in Reference to Him Providing a Recorded Statement. (Csp)

< N/A >    Apr 4, 2014   Progress Notes

Assigned To: Police Sergeant Courtney Pride

> On 4/4/14, Det. Pride Called Officer ▉ on Ext. ▉ Advising Him to Contact the IAD to Provide a Statement. (Csp)

< N/A >    May 23, 2014   Progress Notes

Assigned To: Police Sergeant Courtney Pride

> On 5/23/14, at Approx. 1404 Hours Det Pride Called Officer ▉ in Reference to Him Providing a Statement to the IAD. a Message Was Left. (Csp)

> det Pride Left a Message with Officer ▉ on 5/23/14. an Email will Also Be Sent to Sgt. Kimberly Swinton (P/O Crown's Supervisor in Reference. (Csp)

> det. Pride Left a Voicemail Message with Sgt. Raymond Santucci on Ext. 8639 at 1415 Hours in Reference to Providing a Statement to the IAD. (Csp)

< N/A >    Jun 3, 2014   Progress Notes

Assigned To: Police Sergeant Courtney Pride

> On 6/5/14, Officer ▉ Is Scheduled to Respond to the IAD and Provide a Recorded Statement. (Csp)

< N/A >    Jun 6, 2014   Interview Accused Member

Assigned To: Police Sergeant Courtney Pride

> On 6/5/14, Officer ▉ Responded to the IAD and Provided a Recorded Statement. ▉ Was Present with Counsel. (Csp)

< N/A >    Jun 6, 2014   Progress Notes

Assigned To: Police Sergeant Courtney Pride

> On 6/5/14, Officer ▉ Responded to the IAD and Provided a Recorded Statement. (Csp)

< N/A >    Jul 23, 2014   Progress Notes

Assigned To: Police Sergeant Courtney Pride

> On 7/23/14, Detectives Pride and Bolden Responded to the Internal

Affairs Division and Conducted Interviwes with Sergeant ███,
Officer ███, and ███. (Csp)

< N/A >  Jul 23, 2014  Interview Accused Member

Assigned To: Police Sergeant Courtney Pride

Detective Maurice Ward Is Scheduled to Respond to the Internal Affairs Division on 8/20/14, to Provide a Statement. (Csp)

< N/A >  Oct 14, 2014  Progress Notes

Assigned To: Police Sergeant Courtney Pride

Sir I Respectfully Report That on October 14, 2014, Detective Courtney S. Pride Responded to the Baltimore Police Department's Building Security Located Inside of the Head Quarters Building. Upon My Arrival I Met with Sergeant ███ Who Advised That She Notified the Internal Affairs Division and Provided Information in Reference to Lieutenant Joel Fried Questioning Her About a Case That She Is Currently a Witness in.

Sergeant ███ Advised That on October 9, 2014, at Approximately 0930 Hours, While in the Garage of the Head Quarters Building She Was Approached By Lieutenant Joel Fried, Who Then Asked Her Did She Remember the Case Involving Detective Maurice Ward That Occurred Approximately Two Years Ago in the Western District. Sergeant ███ Replied By Telling Lieutenant Fried That She Did Not Know What He Was Talking About. Lieutenant Fried Then Told Sergeant ███ That He Would Talk to Her Later. Sergeant ███ Stated That Lieutenant Fried Did Not Threaten or Question Her Any Further Once She Told Him That She Did Not Know What He Was Talking About. Sergeant ███ Stated That She Does Not Personally Know Lieutenant Fried and Does Not Have a Working Relationship with Him.

< N/A >  Oct 16, 2014  Progress Notes

Assigned To: Police Sergeant Courtney Pride

On 10/15/14, Detective Pride and Sergeant Fernandez Responded to the Eastern District and Served Lieutenant Fried with a Gag Order. Same Was Signed By Lieutent Fried and Witnessed By Detective Courtney Pride. a Copy of the Order Was Also Scanned and Emailed to Lt. Fried. (Csp)

Total tasks time: 2 hours 45 minutes

**When/where:**

Date/time occurred: May 19 2012

Incident Location: ███
Home Address: ███
   County: Baltimore City

**Linked files:**

```
10    (Jpg)
1     (Jpg)
2     (Jpg)
3     (Jpg)
4     (Jpg)
5     (Jpg)
6     (Jpg)
7     (Jpg)
8     (Jpg)
9     (Jpg)
#10   (Jpg)
#4    (Jpg)
#5    (Jpg)
#6    (Jpg)
#7    (Jpg)
#8    (Jpg)
#9    (Jpg)
IID Case # 2012-0382▮▮▮▮           (Wma)
2012-0382▮▮▮▮       (Wma)
2012-0382▮▮▮▮       (Wma)
2012-0382▮▮▮▮        (Wma)
IID Case # 2012-0382▮▮▮▮           (Wma)
IID Case # 2012-0382▮▮▮▮         (Wma)
IID Case # 2012-0382▮▮▮▮           (Wma)
IID Case # 2012-0382▮▮▮▮          (Wma)
Witnesses IID Case # 2012-0382▮▮   (Doc)
2012-0382▮▮▮▮        (Doc)
2012-0382▮▮▮▮   (Doc)
2012-0382▮▮▮▮      (Doc)
2012-0382▮▮▮▮       (Doc)
2012-0382▮▮▮▮        (Doc)
2012-0382▮▮▮▮       (Doc)
Administrative Report Mva Robert Mitchell   (Doc)
Apple I Cell Phone Video Footage Tag # Bc2302   (Doc)
Area Canvass 2012 -0382   (Doc)
Area Canvass Contact Card Anonymous Caller 2012-0382   (Doc)
Photo Array 2012-0382 Detective Maurice Ward   (Doc)
Photo Array 2012-0382 Off R Mitchell   (Doc)
Photo Array 2012-0382 Officer Robert Mitchell   (Doc)
Photo Array 2012-0382 Sergeant ▮▮▮▮   (Doc)
Photo Array Det Maurice Ward   (Doc)
Photo Array Detective Maurice Ward   (Doc)
Photo Array Ofc Robert Mitchell   (Doc)
Photo Array Officer Robert Mitchell   (Doc)
Photographic Array 2012-0382   (Doc)
Photographic Array Detective ▮▮▮▮ 2012-0382   (Doc)
Photographic Array Detective ▮▮▮▮ 2012-0382   (Doc)
Photographic Array Detective Maurice Ward 2012-0382   (Doc)
Photographic Array Robert W Mitchell 2012-0382   (Doc)
Photographic Array Sergeant ▮▮▮▮ 2012-0382   (Doc)
2012-0382 Reports   (Pdf)
2012-0382 Officer Robert Mitchell   (Wma)
2012-0382 Officer ▮▮▮▮   (Wma)
2012-0382 Officer Maurice Ward   (Wma)
Lt Fried Gag Order   (Pdf)
```

**Case Book:**

    2012-0382   (Zip)
    Addendum_2012-0382   (Pdf)

**State's Attorney Documents:**

    2012-0382_Summary   (Pdf)

**Status/assignment information:**

Status: Completed

Opened: 05/20/2012    Assigned: 05/22/2012    Due: 11/19/2012
   Completed: 12/11/2014

Disposition: Not Sustained

Unit assigned: Ethics
Handled at field/unit level: No
Investigator assign: Police Sergeant Courtney Pride
Supervisor assign: Sergeant John Fernandez
Source of information:

**Organizational component(s):**

Bureau: Operational
Division: Patrol
Command / Section: Western District
Not Utilized: O194

