



**BALTIMORE CITY**

# Baltimore settles police brutality lawsuit for $150,000

By LUKE BROADWATER
THE BALTIMORE SUN | JUL 13, 2016

Baltimore's Board of Estimates on Wednesday unanimously approved a $150,000 payment to settle a lawsuit alleging police brutality.

The five-member panel awarded the money to , who filed suit in 2014 against Lt. Joel Fried, Det. Maurice Ward and Det. Robert W. Mitchell for alleged battery and false arrest, among other claims.

"This was not a pretty set of facts," said City Solicitor George Nilson, a member of the board.

The incident stems from May 19, 2012, when ▆▆▆▆ was talking with a friend in the 900 block of N. Mount St. when officers approached and arrested his friend, according to the city. Williams ran and Ward chased him and tackled him. Williams said he was compliant with the officer's orders, but nonetheless was "dragged and beaten" before being placed in handcuffs.

Advertisement

https://www.baltimoresun.com/maryland/baltimore-city/bs-md-ci-police-settlement-20160713-story.html

EXHIBIT 11