| | | |
|---|---|---|
| ERIC RICH<br>401 E. Madison Street<br>Baltimore, Maryland 21202 | * | IN THE |
| | * | UNITED STATES |
| Plaintiff | * | DISTRICT COURT |
| v. | | |
| | * | FOR THE DISTRICT |
| DANIEL HERSL, et al | | |
| | * | OF MARYLAND |
| Defendants | | |
| | * | Case No.: 1:20-cv-00488 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO AMEND DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND JURY TRIAL DEMAND

Defendant Daniel Hersl (herein after "Defendant" or "Defendant Hersl"), by and through his attorneys W. Timothy Sutton, Esquire and the Law Offices of James E. Crawford Jr. and Associates, LLC, pursuant to Fed. R. Civ. P. 15, hereby submits this Motion to Amend Defendant's Answer to Plaintiff's First Amended Complaint and Jury Trial Demand, and states as follows:

1. On February 2, 2021, Defendant filed Defendant's Answer to Plaintiff's First Amended Complaint and Jury Trial Demand. A copy of the Answer is attached hereto as **Exhibit A**.

2. Defendant reserved the right to amend the Answer to assert any other matter that constitutes an avoidance or affirmative defense under Fed. R. Civ. R. 8(c). **See Exhibit A**.

3. On June 24, 2021, this Court issued an Order granting the dismissal of Counts V through IX and denying the dismissal of Counts X and XI. A copy of the Order is attached hereto as **Exhibit B**.

1

4. This Court issued a Memorandum Opinion setting forth the reasons for the findings in the Order. A copy of the Memorandum Opinion is attached hereto as **Exhibit C**.

5. This Court found that Counts I through IV were untimely pled but were not dismissed due to Defendant Hersl failing to raise the affirmative defense of limitations in his Answer. **See Exhibit C**.

6. This Court Ordered that Defendants shall answer the Amended Complaint by July 16, 2021. **See Exhibit B**.

7. A party may amend its pleading with the Court's leave and the Court should freely give leave when justice so requires. Fed. R. Civ. P. 15(a)(2).

8. Leave sought should be freely given unless there is "any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc." *Forman v. Davis*, 371 U.S. 178, 182 (1962).

9. Defendant Hersl requests to amend his Answer to include the affirmative defense of limitations. **See Exhibit D Proposed Defendant's Amended Answer to Plaintiff's First Amended Complaint and jury Trial Demand.**

10. Counts I through IV brought against Defendant Hersl would have been dismissed for being untimely had Defendant Hersl claimed the affirmative defense of limitations in his original Answer. Fed. R. Civ. P. 12(b)(6).

11. Justice so requires that Defendant Hersl be given leave of Court to amend his Answer.

WHEREFORE, Defendant Hersl hereby respectfully requests that this Court:

A. GRANT the Defendant's Motion to Amend Defendant's Answer to Plaintiff's First Amended Complaint and Jury Trial Demand; and

B. ORDER such other and further relief, including declaratory, equitable relief, and damages, to which it is entitled.

SIGNATURE PAGE TO FOLLOW

Respectfully submitted,

*W. Timothy Sutton*

**W. Timothy Sutton, Esquire**
Bar Number 27912
The Law Offices of James E. Crawford, Jr.
and Associates, LLC
999 Corporate Blvd., Suite 100
Linthicum, MD 21090
Phone: 443-709-9999
Fax: 443-919-4207
Email: tim@jamescrawfordlaw.com
*Attorneys for Defendant Hersl*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on the 7th day of July, 2021, a copy of Defendant's Motion to Amend Defendant's Answer to Plaintiff's First Amended Complaint and Jury Demand was served electronically to:

Joshua L. Insley, #30055
Hannah M. Ernstberger, #20516
Saller, Lord, Ernstberger & Insley
12 S. Calvert Street, 2nd Floor
Baltimore, MD 21202
*Attorneys for Plaintiff*

*W. Timothy Sutton*

**W. Timothy Sutton, Esquire**
Bar Number 27912

4