IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIC RICH  
    Plaintiff

v.                                       CIVIL NO. ADC-20-488

DANIEL HERSL  
    Defendant

## ORDER

Having read and considered the parties' joint status report (ECF 79), it is hereby ORDERED that the request to amend the scheduling order deadlines is GRANTED. The deadlines are modified as follows:

    July 20, 2022      - Discovery deadline, submission of status report

    July 27, 2022      - Requests for Admission

    September 8, 2022  - Dispositive pretrial motions deadline

Date: May 23, 2022.

A. David Copperthite  
United States Magistrate Judge