| | | |
|---|---|---|
| ERIC RICH | * | IN THE |
| | * | UNITED STATES |
| Plaintiff | * | DISTRICT COURT |
| v. | * | FOR THE DISTRICT |
| DANIEL HERSL, et al | * | OF MARYLAND |
| Defendants | * | Case No.: 1:20-cv-00488 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF CALVIN MOSS

I, Calvin Moss, represent to the Court the following assertions:

1. I am a resident of Maryland.

2. I am over the age of eighteen and competent to testify in the matters set forth herein.

3. I was present during the arrest of the Plaintiff, Eric Rich on October 2, 2007.

4. The following is my recollection of the facts relating to the incident of the arrest:

   a. On October 2, 2007 at approximately 8 to 9 pm, Detective Daniel Hersl and I were positioned on the top of a garage located at 1600 E Baltimore St in Baltimore City. I recall that it was a brisk early evening and that I was a little underdressed for standing outside. Detective Hersl was interested in making observations as a result of recent gun seizures in the area. Due to a need to remain unobserved while in our covert position, Detective Hersl

Doc ID: a575c485bfbcc218db958dac44fbbbf9f239ff83

positioned himself with a vantage point which limited his exposure and I limited my involvement to one of overwatch.

b. During this timeframe, Detective Hersl informed me that he saw Eric Rich arrive. Mr Rich was known to us as a result of his numerous contacts with law enforcement. Shortly after, Detective Hersl informed that Mr. Rich had a gun and had walked across the street where he placed it near a bush. I clearly remember the excited demeanor of Detective Hersl as he made these observations and related them to me as I stood by. While Detective Hersl was informing me of these events I peeked over the edge and observed Mr. Rich walking from the west side of the 100 block of N Bond St. back to the east side.

c. Detective Hersl then utilized his radio and called for an assisting unit as he continued to make observations of Mr. Rich standing in the block. Upon the arrival of the assisting unit, Detective Hersl directed them to place Mr. Rich under arrest. Detective Hersl and I then left the garage top and responded to the 100 block of N Bond St where Detective Hersl exited our vehicle and walked to the west side of the street and in view of everyone bent down near a bush and immediately stood up in possession of a semi auto pistol which he recovered from that location. Detective Hersl made no move toward any part of his own person and was not in possession of any such weapon prior to recovering the weapon from the ground.

Doc ID: a575c485bfbcc218db958dac44fbbbf9f239ff83

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THIS AFFIDAVITT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

_____
Detective Calvin Moss

Doc ID: a575c485bfbcc218db958dac44fbbbf9f239ff83



| | |
|---|---|
| Title | Affidavit of Calvin Moss for your review and signature |
| File name | Calvin Moss Affidavit.pdf |
| Document ID | a575c485bfbcc218db958dac44fbbbf9f239ff83 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

**This document was requested on app.practicepanther.com and signed on app.practicepanther.com**

## Document History

| | | |
|---|---|---|
| SENT | **01 / 30 / 2023**<br>20:37:29 UTC | Sent for signature to Moss, Calvin (cmoss1968@gmail.com)<br>from jhersl05@gmail.com<br>IP: 50.200.35.98 |
| VIEWED | **01 / 31 / 2023**<br>05:14:12 UTC | Viewed by Moss, Calvin (cmoss1968@gmail.com)<br>IP: 172.58.242.173 |
| SIGNED | **01 / 31 / 2023**<br>05:15:17 UTC | Signed by Moss, Calvin (cmoss1968@gmail.com)<br>IP: 172.58.242.173 |
| COMPLETED | **01 / 31 / 2023**<br>05:15:17 UTC | The document has been completed. |

Powered by Dropbox Sign